**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FRANK DETORIE, M.D. and<br>MARGARET DETORIE<br><br>Plaintiffs, | : | |
| V. | : | CASE NO. 1:06-CV-00065 (T-LDA) |
| MERCK & CO., INC. and<br>CAROL DEBIASIO<br><br>Defendants. | : | FEBRUARY 13, 2006 |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Merck & Co., Inc., has no parent corporation and is unaware of any publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

DEFENDANT MERCK & CO., INC.

By: ______________________

Robert M. Duffy (#4428)
Christine K. Bush (#5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

Dated: February 13, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Corporate Disclosure Statement was sent by first class mail, postage prepaid, on this 13th day of February, 2006 to:

John Quattrocchi, III, Esq.
Twin Rivers Building
2 Douglas Pike
Smithfield, RI 02917

Joseph L. Doherty, Jr., Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110

*H:\Clients\Merck\Detorie\Pleadings\USDC RI\Corporate_Disclosure_Statement (Final).DOC*