**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FRANK DETORIE, M.D. and MARGARET DETORIE | : | |
| Plaintiffs, | : | |
| V. | : | C.A. No. 06-65T |
| MERCK & CO., INC. and CAROL DEBIASIO | : | |
| Defendants. | : | |

**LOCAL RULE 81(b) STATEMENT**

Pursuant to Local Rule 81(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of all of the filings in the matter of Frank Detorie, M.D. and Margaret Detorie v. Merck & Co., Inc. and Carol DeBiasio, C.A. No. PC05-5083.

Respectfully submitted,

DEFENDANT MERCK & CO., INC.

By: [signature]

Robert M. Duffy (#4428)
Christine K. Bush (#5587)
Duffy, Sweeney, & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

Dated: February 17, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Local Rule 81(b) Statement was sent by first class mail, postage prepaid, on this 17th day of February, 2006 to:

John Quattrocchi, III, Esq.
Twin Rivers Building
2 Douglas Pike
Smithfield, RI 02917

Joseph L. Doherty, Jr., Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110