STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

RECEIVED
FEB 17 2006
Property of U.S. District Court
District of Rhode Island

Case ID: PC-2005-5083 FRANK DETORIE V MERCK & CO INC

Filing Date: 09-30-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: PRODUCT LIABILITY
Status Date: 02-08-2006

| | |
|---|---|
| Plaintiff: FRANK DETORIE<br>ID: @10644736 | Attorney: JOHN QUATTROCCHI |
| Plaintiff: MARGARET DETORIE<br>ID: @10644737 | Attorney: JOHN QUATTROCCHI |
| Defendant: MERCK ANSD CO INC<br>ID: @10644738 | Attorney: CHRISTINE AHERN |
| Defendant: CAROL DEBIASIO<br>ID: @10644739 | Attorney: CHRISTINE AHERN |

### Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 01-11-2006 | MOT TO APPEAR PRO HAC VICE GRANTED | P CRT17 | MCGUIRL |

### Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

### Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-30-2005 | COMPLAINT FILED | |
| 09-30-2005 | INITIAL FILING FEE | |
| 09-30-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP212471. |
| 01-11-2006 | GRANTED | |
| 01-18-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR DEF. |
| 01-18-2006 | COMPLAINT FILED | 2 ENTERED. BY PLFS. |
| 01-18-2006 | SUMMONS,PROOF OF SERVICE FILED | for def. |
| 01-26-2006 | ORDER PRO HAC VICE GRANTED | MCGUIRL, J.; JOSEPH DOHERTY ADMITTED |
| 01-30-2006 | ANSWER FILED | |
| 01-30-2006 | CLAIM OF JURY TRIAL FILED | DEF CAROL DEBIASIO |
| 01-30-2006 | ANSWER FILED | |
| 01-30-2006 | CLAIM OF JURY TRIAL FILED | DEF MERCK & CO INC |
| 02-08-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 02-08-2006 | CASE REMVD TO US DISTRICT CT | CASE # 06-65T |
| 02-08-2006 | OTH DOC FILED DURING DISCOV | NOTICE OF REMOVAL TO US DISTRICT COURT |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island