UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Magistrate Judge Almond
RE: CA 06-65T

Detorie v. Merck

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 3 / 9 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (Local Rule LR CV 5(a)(5))(Local Rule LR CR 57(a)(4))

X 2. All motions and objections with accompanying memoranda must be filed in triplicate.(original and two copies) (Local Rule LR CV 7 (c))

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule LR CV 7 (a))

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule LR CV 5 (b))
b) Summons (Fed. R. Civ. P. 4(a),(b))
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule LR CV 5.1(1)) (Fed.R.Crim.P.49)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 26(a),34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule LR CV 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Motion to appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (Local Rule LR Gen 204(d)

_____ 9. Other: _______________

ENTER: [signature]
United States Magistrate Judge

Date: 3/9/06

cc: Counsel of Record

**DOHERTY & QUILL**
ATTORNEYS AT LAW
225 FRANKLIN STREET
26TH FLOOR
BOSTON, MASSACHUSETTS 02110
TELEPHONE: (617) 217-2837
TELECOPIER: (617) 217-2001

JOSEPH L. DOHERTY, JR.
EILEEN M. QUILL

CHARLES H. RILEY III
OF COUNSEL

March 8, 2006

**BY HAND DELIVERY**

Clerk of Court, Civil
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, Rhode Island 02903

RE: **Frank Detorie, M.D. et al. v. Merck & Co., Inc. and Carol DeBiasio**
United States District Court for the District of Rhode Island, Civil Action No. 06-65T

Dear Sir/Madam:

Enclosed for filing and docketing in the above referenced matter, please find an original and one copy of the following documents:

1. Motion of the Plaintiffs, Frank Detorie, M.D. and Margaret Detorie, to Remand this Action to the Providence County Superior Court of Rhode Island;

2. Memorandum of Reasons for Granting the Motion of the Plaintiffs, Frank Detorie, M.D. and Margaret Detorie, to Remand this Action to the Providence County Superior Court of Rhode Island;

3. Motion for Entry of Appearance *Pro Hac Vice* by Attorney, Joseph L. Doherty, Jr.;

4. Certification of Attorney, Joseph L. Doherty, J., for Pro Hac Vice Admission; and

5. Request for Hearing.

If you should have any questions or need additional information, please do not hesitate to contact me.

Very truly yours,

Joseph L. Doherty, Jr.

cc: Christine K. Bush, Esq.