UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **FRANK DETORIE, M.D.** and<br>**MARGARET DETORIE,**<br>Plaintiffs,<br><br>v.<br><br>**MERCK & CO., INC.** and<br>**CAROL DEBIASIO,**<br>Defendants. | CASE NO. 06-65T |

**PLAINTIFFS', FRANK DETORIE, M.D. AND MARGARET DETORIE, REQUEST FOR HEARING**

Pursuant to Local Rule 12 of this Court, the Plaintiffs, Frank Detorie, M.D. and Margaret Detorie, hereby request a hearing upon their Motion to Remand this Action to the Providence County Superior Court of Rhode Island, unless the Court determines that the Motion will be allowed upon the written submissions. As grounds for this Motion, the Plaintiffs state that the Motion raises important threshold jurisdictional issues that will determine whether the Plaintiffs will be permitted to pursue their action in Rhode Island or will be required to pursue the action before the MDL transferee Court in the Eastern District of Louisianna. The Plaintiffs request that they be provided ten to fifteen minutes of oral argument and anticipate that counsel for the Defendants would require a similar allotment of time.

**Respectfully submitted**
**FRANK DETORIE, M.D. AND**
**MARGARET DETORIE,**

By their attorney,

Joseph L. Doherty, Jr. BBO No. 127280 (MA)
DOHERTY & QUILL
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2837

DATED: 3-9-06

**CERTIFICATE OF SERVICE**

I, Joseph L. Doherty, Jr., attorney for the Plaintiffs, Frank Detorie, M.D., and Margaret Detorie, do hereby certify that on this 8th day of March, 2006, I served a copy of the within document by mailing a copy thereof, postage prepaid, to the following counsel:

Christine K. Bush, Esq.
Duffy, Sweeney & Scott, LTD
One Turks Head Place, suite 1200
Providence, RI 02903
(401) 455-0700

Joseph L. Doherty, Jr., BBO # 127280 (MA)
Doherty& Quill
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2837