UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **FRANK DETORIE, M.D.** and **MARGARET DETORIE,** Plaintiffs, | ) | |
| v. | ) | CASE NO. 06-65T |
| **MERCK & CO., INC.** and **CAROL DEBIASIO,** Defendants. | ) | |

**MOTION OF ATTORNEY, JOSEPH L. DOHERTY, JR.**
**FOR ENTRY OF APPEARANCE *PRO HAC VICE***

In accordance with Local Rule 5 of this Court, Plaintiffs, Frank Detorie, M.D. and Margaret Detorie, hereby move that attorney Joseph L. Doherty, Jr. be admitted *pro hac vice* in the above captioned matter as associate trial counsel with local associate counsel, John Quattrocchi, III.

As grounds for this Motion, the Plaintiffs state that this case involves a complex area of the law in which *pro hac vice* counsel has significant experience. This is a product liability action involving the drug Vioxx, which the Defendant, Merck, withdrew from the market in September, 2004, due to cardio-vascular risks. Attorney Doherty is involved in other cases relating to Vioxx, has significant knowledge concerning Vioxx and the medical and legal issues raised in such cases, has extensive experience in product liability actions and has more than twenty-five years of experience in preparing and trying cases involving complex medical issues.

Attorney Doherty was also admitted pro hac vice in the present action, while it was pending in the Rhode Island Superior Court, prior to removal to this Court by the Defendant, Merck. In further support of this Motion, Attorney Doherty has submitted the enclosed Certification of Counsel, in accordance with Local Rule 5 of this Court

Respectfully submitted,

**PLAINTIFFS, FRANK DETORIE, M.D. AND MARGARET DETORIE**

By their attorney,

Joseph L. Doherty, Jr.
BBO No. 127280 (MA)
DOHERTY & QUILL
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110
(617) 217-2837

DATED: 3-9-06

## CERTIFICATION OF LOCAL ASSOCIATE COUNSEL

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

John Quattrocchi, III
Bar # 109 (RI)
Twin Rivers Building
2 Douglas Pike
Smithfield, RI 02917
(401)231-3700

ORDER: This motion is hereby ____________.

______________________________
U.S. District Judge

Date: __________________

## CERTIFICATE OF SERVICE

I, Joseph L. Doherty, Jr., attorney for the Plaintiffs, Frank Detorie, M.D., and Margaret Detorie, do hereby certify that on this 8th day of March, 2006, I served a copy of the within document by mailing a copy thereof, postage prepaid, to the following counsel:

Christine K. Bush, Esq.
Duffy, Sweeney & Scott, LTD
One Turks Head Place, suite 1200
Providence, RI 02903
(401) 455-0700

______________________________
Joseph L. Doherty, Jr., BBO # 127280 (MA)
Doherty& Quill
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2837

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **FRANK DETORIE, M.D.** and **MARGARET DETORIE,** Plaintiffs, | ) | |
| v. | ) | CASE NO. 06-65T |
| **MERCK & CO., INC.** and **CAROL DEBIASIO,** Defendants. | ) | |

**CERTIFICATION OF ATTORNEY, JOSEPH L. DOHERTY, JR.**
**FOR PRO HAC VICE ADMISSION**

1. I hereby certify that I am a member in good standing of the bar of: the Commonwealth of Massachusetts, and the bars of the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, the United States Court of Claims, in Washington, DC, and the United States Supreme Court, without any restrictions on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. In January, 2006, I was admitted pro hac vice in the present action, while it was pending in the Rhode Island Superior Court, prior to removal to this Court by the Defendant, Merck. In 1999, I was also admitted pro hac vice in a medical malpractice action entitled Freelove v. Bodner, M.D., et al, in Providence Superior Court, Civil Action # 98-4402. I represented one of the defendants in the case, Dr. Bodnar, until approximately November, 2003.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island

Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Respectfully submitted.

Joseph L. Doherty, Jr., BBO # 127280 (MA)
Doherty& Quill
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2837

**CERTIFICATION OF LOCAL ASSOCIATE COUNSEL**

I certify that I have read and join in the foregoing certification, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

John Quattrocchi, III
Bar # 109 (RI)
Twin Rivers Building
2 Douglas Pike
Smithfield, RI 02917
(401)231-3700

**CERTIFICATE OF SERVICE**

I, Joseph L. Doherty, Jr., attorney for the Plaintiffs, Frank Detorie, M.D., and Margaret Detorie, do hereby certify that on this 8th day of March, 2006, I served a copy of the within document by mailing a copy thereof, postage prepaid, to the following counsel:

Christine K. Bush, Esq.
Duffy, Sweeney & Scott, LTD
One Turks Head Place, suite 1200
Providence, RI 02903
(401) 455-0700

Joseph L. Doherty, Jr., BBO # 127280 (MA)
Doherty& Quill
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2837