**EXHIBIT C:**

Vioxx litigations throughout the country where federal courts have ordered stays pending transfer to MDL-1657 despite motions to remand in at least **240 cases**:

*Acreman v. Merck & Co., Inc., et al.*, No. 05-1748 (E.D. Mo. Oct. 25, 2005); *Adams, et al. v. Merck & Co., Inc., et al.*, No. 05-1947 (E.D. Mo. Nov. 21, 2005); *Aguilar v. Merck & Co., Inc., et al.*, No. 05-4865 (E.D. N.Y. Nov. 22, 2005); *Albaugh v. Merck & Co., Inc.*, No. 05-641 (D. N. M. Oct. 31, 2005); *Allen, et al. v. Merck & Co., Inc., et al.*, No. 05-0134 (E.D. Mo. Mar. 14, 2005); *Alvarez v. Merck & Co., Inc., et al.*, No. 05-0171 (M.D. Fla. Apr. 28, 2005); *Anderson v. Merck & Co., Inc., et al.*, No. 05-0945 (S.D. Cal. Jul. 11, 2005); *Anderson, et al. v. Merck & Co., Inc., et al.*, No. 05-0089 (E.D. Mo. Mar. 16, 2005); *Anthon v. Merck & Co., Inc., et al.*, No. 05-1752 (E.D. Mo. Oct. 25, 2005); *Archuleta v. Merck & Co., Inc.*, No. 05-388 (D. N.M. May 25, 2005); *Armenta v. Merck & Co., Inc., et al.*, No. 05-0948 (S.D. Cal. Jul. 11, 2005); *Arnold, et al. v. Merck & Co., Inc., et al.*, No. 05-1314 (W.D. Tenn. Oct. 25, 2005); *Ayers v. Pfizer, Inc., et al.*, No. 05-1791 (E.D. Mo. Oct. 25, 2005); *Bailey, et al. v. Merck & Co., Inc., et al.*, No. 05-0109 (E.D. Mo. May 19, 2005); *Bailey, et al. v. Merck & Co., Inc., et al.*, No. 05-0836 (E.D. Mo. Jun. 21, 2005); *Beal, et al. v. Merck & Co., Inc., et al.*, No. 05-1344 (W.D. Tenn. Dec. 1, 2005); *Beaty v. Merck & Co., Inc., et al.*, No. 05-0880 (M.D. Al. Sep. 22, 2005); *Bell v. Merck & Co., Inc.*, No. 05-1041 (M.D. Fla. Dec. 27, 2005); *Bell, et al. v. Merck & Co., Inc., et al.*, No. 03-3448 (S.D. Tex. Jan. 6, 2005); *Benavides v. Merck & Co., Inc., et al.*, No. 04-0153 (S.D. Tex. Jan. 6, 2005); *Benavidez v. Merck & Co., Inc., et al.*, No. 03-0134 (S.D. Tex. Dec. 3, 2004); *Bench v. Merck & Co., Inc., et al.*, No. 04-1447 (E.D. Mo. Feb. 22, 2005); *Benoit v. Merck & Co., Inc.*, No. 05-0118 (N.D. Ill. Feb. 15, 2005); *Bills v. Merck & Co., Inc.*, No. 05-1146 (W.D. Tenn. June

15, 2005); *Black v. Merck & Co., Inc.*, No. 05-297 (E.D. Mo. May 3, 2005); *Blacketer v. Merck & Co., Inc., et al.*, No. 05-0336 (E.D. Tex. May 18, 2005); *Blankenship, et al. v. Merck & Co., Inc., et al.*, No. 05-1182 (W.D. Tenn. Jul. 19, 2005); *Bodimer v. Merck & Co., Inc.*, No. 05-135 (E.D. Mo. Mar. 14, 2005); *Booker v. Merck & Co., Inc., et al.*, No. 05-0496 (N.D. Tex. May 9, 2005); *Brown v. Merck & Co., Inc.*, No. 05-1092 (N.D. Ill. Jun. 27, 2005); *Brown v. Merck & Co., Inc., et al.*, No. 05-0959 (S.D. Cal. Jul. 11, 2005); *Brown, et al. v. Merck & Co., Inc., et al.*, No. 05-0952 (S.D. Cal. Jun. 24, 2005); *Burns v. Merck & Co., Inc.*, No. 05-1460 (N.D. Ohio May 27, 2005); *Bush, et al. v. Merck & Co., Inc., et al.*, No. 05-0587 (E.D. Ky. Jan. 13, 2006); *Butler v. Merck & Co., Inc.*, No. 05-0442 (E.D. Mo. May 3, 2005); *Butler v. Merck & Co., Inc., et al.*, No. 05-1243 (W.D. Tenn. Sep. 12, 2005); *Calamia v. Merck & Co., Inc., et al.*, No. 05-1746 (E.D. Mo. Nov. 8, 2005); *Capozzi v. Merck & Co., Inc., et al.*, No. 05-0957 (S.D. Cal. Jul. 11, 2005); *Carvajal v. Merck & Co., Inc., et al.*, No. 05-0276 (M.D. Fla. Apr. 1, 2005); *Case v. Merck & Co., Inc., et al.*, No. 05-1562 (E.D. Mo. Nov. 8, 2005); *Casimere v. Merck & Co., Inc.*, No. 05-0142 (E.D. Mo. Feb. 22, 2005); *Castro v. Merck & Co., Inc., et al.*, No. 05-0954 (S.D. Cal. Jul. 11, 2005); *Childers v. Merck & Co., Inc., et al.*, No. 05-0222 (M.D. Fla. May 9, 2005); *Clark v. Merck & Co., Inc., et al.*, No. 05-0335 (W.D. Ky. Aug. 19, 2005); *Cochran v. Merck & Co., Inc.*, No. 05-1037 (M.D. Fla. Dec. 9, 2005); *Collins v. Merck & Co., Inc., et al.*, No. 05-5142 (W.D. Mo. Oct. 14, 2005); *Cook v. Merck & Co., Inc., et al.*, No. 05-1298 (W.D. Tenn. Oct. 25, 2005); *Cooke v. Merck & Co., Inc.*, No. 05-0056 (N.D. Fla. Apr. 4,2005); *Core v. Merck & Co., Inc.*, No. 04-1367 (N.D.N.Y. April 6, 2005); *Cox v. Merck & Co., Inc., et al.*, No. 05-0332 (W.D. Ky. Jun. 13, 2005); *Crenshaw v. Merck & Co., Inc., et al.*, No. 05-1669 (E.D. Mo. Oct. 31, 2005); *Curl v. Merck & Co., Inc., et al.*, No. 05-0324 (W.D. Ky. Aug. 19, 2005); *Daley v. Merck & Co., Inc., et al.*, No. 03-0509 (E.D. Tex. Nov. 1, 2004); *Dalgo v. Merck & Co., Inc.*,

No. 05-48 (N.D. W. Va. June 22, 2005); *D'Amico v. Merck & Co., Inc., et al.*, No. 05-1299 (W.D. Tenn. Oct. 25, 2005); *Dance v. Merck & Co., Inc., et al.*, No. 05-1666 (E.D. Mo. Oct. 26, 2005); *Daniel v. Merck & Co., Inc., et al.*, No. 05-1329 (W.D. Tenn. Nov. 28, 2005); *Danziger v. Merck & Co., Inc., et al.*, No. 05-0686 (M.D. Fla. Sep. 7, 2005); *Davis v. Merck & Co., Inc.*, No. 05-1121 (W.D. Tenn. May 24, 2005); *Davis v. Merck & Co., Inc., et al.*, No. 05-1322 (W.D. Tenn. Nov. 9, 2005); *Davis v. Merck & Co., Inc., et al.*, No. 04-0229 (E.D. Tex. Feb. 25, 2005); *Dawson v. Merck & Co., Inc.*, No. 05-1154 (W.D. Tenn. June 21, 2005); *Deck v. Merck & Co., Inc.*, No. 04-7729 (N.D. Ohio Dec. 20, 2004); *Denny v. Merck & Co., Inc., et al.*, No. 04-0526 (S.D. Tex. Dec. 6, 2004); *Derryberry v. Merck & Co., Inc., et al.*, No. 05-1334 (W.D. Tenn. Nov. 9, 2005); *Diaz v. Merck & Co., Inc.*, No. 05-239 (M.D. Fla. Apr. 26, 2005); *Diaz, et al. v. Merck & Co., Inc.*, No. 05-0472 (M.D. Fla. Apr. 28, 2005); *Dixon v. Merck & Co., Inc.*, No. 05-121 (S.D. Tex. Feb. 23, 2005); *Dochsteiner v. Merck & Co., Inc., et al.*, No. 05-0670 (E.D. Mo. May 13, 2005); *Dollar v. Merck & Co., Inc.*, No. 05-60375 (S.D. Fla. Apr. 19, 2005); *Eastmoore v. Merck & Co., Inc.*, No. 05-1213 (M.D. Fla. Jan. 25, 2006); *Elgin v. Merck & Co., Inc., et al.*, No. 05-1753 (E.D. Mo. Oct. 26, 2005); *Ellison v. Merck & Co., Inc.*, No. 05-1120 (W.D. Tenn. May 25, 2005); *Erwin v. Merck & Co., Inc., et al.*, No. 05-6288 (D. Or.); *Esquer v. Merck & Co., Inc., et al.*, No. 05-0964 (S.D. Cal. Jul. 11, 2005); *Evans v. Merck & Co., Inc., et al.*, No. 05-1323 (W.D. Tenn. Nov. 9, 2005); *Fields, et al. v. Merck & Co., Inc., et al.*, No. 05-1278 (W.D. Tenn. Oct. 14, 2005); *Flores v. Merck & Co., Inc.*, No. 03-0362 (S.D. Tex. Nov. 30, 2004); *Floyd v. Merck & Co., Inc., et al.*, No. 05-1332 (W.D. Tenn. Nov. 9, 2005); *Fontanilles v. Merck & Co., Inc.*, No. 04-22799 (S.D. Fla. Dec. 14, 2004); *Forbes v. Merck & Co., Inc., et al.*, No. 05-0953 (S.D. Cal. Jul. 11, 2005); *Foster v. Merck & Co. Inc.*, No. 05-1159 (W.D. Tenn. June 21, 2005); *Fowler-Browning v. Merck & Co., Inc., et al.*, No. 05-0586 (M.D. Fla. Dec. 9, 2005); *Frame v.*

*Merck & Co., Inc.*, No. 05-0440 (E.D. Mo. June 6, 2005); *Franks v. Merck & Co., Inc., et al.*, No. 05-1155 (W.D. Tenn. Jun. 30, 2005); *Frisby v. Merck & Co., Inc., et al.*, No. 05-3821 (S.D. Tex. Dec. 20, 2005); *Frye v. Merck & Co., Inc.*, No. 05-1038 (M.D. Fla. Oct. 24, 2005); *Gaffney v. Merck & Co., Inc., et al.*, No. 05-1183 (W.D. Tenn. Jul. 19, 2005); *George v. Merck & Co., Inc.*, No. 05-1144 (M.D. Fla. Dec. 9, 2005); *Goodman v. Merck & Co., Inc., et al.*, No. 05-0334 (W.D. Ky. Aug. 19, 2005); *Gouge v. Merck & Co., Inc., et al.*, No. 05-0345 (N.D. Fla. Oct. 12, 2005); *Graham v. Merck & Co., Inc.*, No. 05-0660 (E.D. Cal. May 12, 2005); *Greer v. Merck & Co., Inc., et al.*, No. 05-4657 (N.D. Cal. Jan. 3, 2006); *Gustin v. Merck & Co., Inc., et al.*, No. 05-1514 (E.D. Mo. Nov. 22, 2005); *Hadley v. Merck & Co., Inc., et al.*, No. 05-0470 (S.D. Al. Aug. 23, 2005); *Hammond v. Merck & Co., Inc., et al.*, No. 05-0351 (W.D. Ky. Aug. 19, 2005); *Hankins v. Merck & Co., Inc.*, No. 04-1525 (E.D. Ark. Feb. 28, 2005); *Hantz v. Merck & Co., Inc.*, No. 05-1040 (M.D. Fla. Oct. 24, 2005); *Harger v. Merck & Co., Inc., et al.*, No. 05-6184 (D. Or. Jun. 29, 2005); *Harris v, Merck & Co., Inc.*, No. 05-301 (E.D. Mo. Feb. 23, 2005); *Hatch v. Merck & Co., Inc., et al.*, No. 05-1252 (W.D. Tenn. Oct. 3, 2005); *Hawkins v. Merck & Co., Inc., et al.*, No. 05-0446 (E.D. Tex. Jul. 22, 2005); *Hendrix v. Merck & Co., Inc.*, No. 05-0178 (E.D. Ark. Mar. 18, 2005); *Hernandez v. Merck & Co., Inc.*, No. 05-0221 (M.D. Fla. Mar. 9, 2005); *Hernandez v. Merck & Co., Inc., et al.*, No. 05-0960 (S.D. Cal. Jul. 11, 2005); *Hernandez v. Merck & Co., Inc., et al.*, No. 04-0433 (S.D. Tex. Mar. 11, 2005); *Himmel v. Merck & Co., Inc., et al.*, No. 05-0334 (D. Nev. Oct. 28, 2005); *Holloway v. Merck & Co., Inc., et al.*, No. 05-0950 (S.D. Cal. Jul. 11, 2005); *Holmes v. Merck & Co., Inc.*, No. 05-0445 (E.D. Tex. Jul. 22, 2005); *Holmes v. Merck & Co., Inc.*, No. 05-439 (E.D. Mo. May 3, 2005); *Hon v. Pfizer, Inc., et al.*, No. 05-1785 (E.D. Mo. Nov. 15, 2005); *Houston v. Merck & Co., Inc.*, No. 04-2188 (D. D.C. Jan. 7, 2005); *Howard v. Merck & Co., Inc., et al.*, No. 05-1742 (E.D. Mo. Oct. 25, 2005);

*Humburg v. Merck & Co., Inc., et al.*, No. 05-0173 (W.D. Ky. Dec. 29, 2005); *Jackson v. Merck & Co., Inc., et al.*, No. 05-0831 (E.D. Va. Jan. 20, 2006); *Jarmen v. Merck & Co., Inc., et al.*, No. 05-1062 (M.D. Tenn. Feb. 2, 2006); *Johnson v. Merck & Co., Inc.*, No. 05-1096 (W.D. Tenn. Apr. 22, 2005); *Johnson v. Merck & Co., Inc., et al.*, No. 05-2881 (N.D. Cal. Oct. 4, 2005); *Jones v. Merck & Co., Inc.*, No. 05-1042 (M.D. Fla. Dec. 27, 2005); *Jones v. Merck & Co., Inc., et al.*, No. 05-1024 (M.D. Tenn. Dec. 15, 2005); *Jones v. Merck & Co., Inc.*, No. 04-3079 (N.D. Ala. Jan. 6, 2005); *Kaczmarczyk v. Merck & Co., Inc., et al.*, No. 05-1592 (E.D. Mo. Oct. 26, 2005); *Kargodorian v. Merck & Co., Inc., et al.*, No. 05-0937 (N.D. Cal. Apr. 29, 2005); *Kasper v. Merck & Co., Inc., et al.*, No. 05-1747 (E.D. Mo. Oct. 25, 2005); *Kennedy v. Merck & Co., Inc.*, No. 05-0133 (E.D. Ark. Jul. 13, 2005); *Kilpatrick v. Merck & Co., Inc.*, No. 05-1149 (M.D. Fla. Dec. 7, 2005); *King v. Merck & Co., Inc.*, No. 05-0165 (M.D. Ala. Apr. 26, 2005); *Kreider v. Merck & Co., Inc.*, No. 05-1119 (W.D. Tenn. June 6, 2005); *Krieger v. Merck & Co., Inc., et al.*, No. 05-6338 (W.D. N.Y. Nov. 4, 2005); *Lame Bull v. Merck & Co., Inc., et al.*, No. 05-2465 (E.D. Cal. Jan. 24, 2006); *Larrabee v. Merck & Co., Inc., et al.*, No. 05-1740 (E.D. Mo. Oct. 25, 2005); *Lawrence v. Merck & Co., Inc., et al.*, No. 05-1751 (E.D. Mo. Oct. 21, 2005); *Layton v. Arango, M.D., et al.*, No. 05-0149 (S.D. Tex. May 27, 2005); *Leeson v. Merck & Co., Inc., et al.*, No. 05-2240 (E.D. Cal. Jan. 27, 2006); *Lemmons v. Merck & Co., Inc., et al.*, No. 05-0958 (S.D. Cal. Jul. 11, 2005); *Levesque v. Merck & Co., Inc., et al.*, No. 05-0949 (S.D. Cal. Jul. 11, 2005); *Lewis v. Merck & Co., Inc.*, No. 04-0685 (E.D. Tex. Nov. 23, 2004); *Lockett v. Merck & Co., Inc., et al.*, No. 05-0830 (E.D. Va. Jan. 4, 2006); *Lockett v. Merck & Co., Inc.*, No. 05-0304 (ED. Mo. June 6,2005); *Logsdon v. Merck & Co., Inc., et al.*, No. 05-0717 (W.D. Ky. Jan. 17, 2006); *Lough v. Merck & Co., Inc.*, No. 05-0034 (ND. W. Va. June 22, 2005); *Love v, Merck & Co., Inc.*, No. 05-0157 (E.D. Mo. May 19, 2005); *Lovekamp v. Merck & Co., Inc.*, No. 05-0158 (E.D.

Mo. May 19, 2005); *Macklin v. Merck & Co., Inc.*, No. 05-1054 (W.D. Tenn. Apr. 7, 2005); *Maddox v. Merck & Co., Inc., et al.*, No. 05-0338 (E.D. Tex. Jun. 3, 2005); *Malek v. Rosenberg, et al.*, No. 05-0543 (D. Conn. Apr. 12, 2005); *Mallet v. Merck & Co., Inc., et al.*, No. 02-2304 (W.D. La. Dec. 30, 2004); *Martinez v. Merck & Co., Inc.,* No. 05-633 (D. N.M. Jul. 14, 2005); *Martinez v. Merck & Co., Inc., et al.*, No. 05-0951 (S.D. Cal. Jul. 11, 2005); *Matthews v. Merck & Co., Inc.*, No. 05-0035 (N.D. Miss. Feb. 23, 2005); *McBride v. Merck & Co., Inc.*, No. 05-0878 (E.D. Mo. June 21, 2005); *McCrerey v. Merck & Co., Inc.*, No. 04-2576 (S.D. Cal. Mar. 3, 2005); *McDaniel v. Merck & Co., Inc., et al.*, No. 05-0436 (E.D. Mo. Jun. 6, 2005); *McFarland v. Merck & Co., Inc.*, No. 03-0247 (S.D. Miss. May 27, 2003); *Meadors v. Merck & Co., Inc.*, No. 05-0136 (W.D. Ky. Jan. 17, 2006); *Menzel v. Merck & Co., Inc., et al.*, No. 05-1755 (E.D. Mo. Nov. 1, 2005); *Merced-Torres v. Merck & Co., Inc.*, No. 05-0449 (M.D. Fla. Apr. 28, 2005); *Michael v. Merck & Co., Inc.*, No. 05-1277 (W.D. Tenn. Oct. 14, 2005); *Mizell v. Merck & Co., Inc., et al.*, No. 05-1464 (N.D. Ohio Jun. 24, 2005); *Mohon v. Merck & Co., Inc., et al.*, No. 05-0694 (W.D. Ky. Jan. 17, 2006); *Morris v. Merck & Co., Inc., et al.*, No. 05-1158 (N.D. Ohio Jun. 17, 2005); *Mullins v. Merck & Co., Inc.*, No. 05-0569 (E.D. Mo. May 3, 2005); *Neal v. Merck & Co., Inc., et al.*, No. 05-0630 (E.D. Mo. May 13, 2005); *Nelson v. Merck & Co., Inc., et al.*, No. 05-0206 (W.D. Ky. Jan. 17, 2006); *Nevels v. Merck & Co., Inc.*, No. 04-0952 (W.D. Mo. Dec. 27, 2004); *North v. Merck & Co., Inc., et al.*, No. 05-6475 (W.D. N.Y. Nov. 4, 2005); *Nowak v. Merck & Co., Inc., et al.*, No. 05-0181 (W.D. Ky. Jan. 17, 2006); *Oakes v. Merck & Co., Inc., et al.*, No. 05-0178 (W.D. Ky. Jan. 17, 2006); *O'Bryan v. Merck & Co., Inc., et al.*, No. 05-0681 (W.D. Ky. Jan. 17, 2006); *O'Gorman v. Merck & Co., Inc., et al.*, No. 05-0153 (E.D. Mo. Feb. 22, 2005); *Oliver v. Merck & Co., Inc.*, No. 05-1211 (W.D. Tenn. Aug. 16, 2005); *Olson v. Merck & Co., Inc.*, No. 05-1256 (N.D. Cal. May 12, 2005); *Ongley v. Merck & Co., Inc., et al.*,

No. 05-0947 (S.D. Cal. Jul. 11, 2005); *Oquendo v. Merck & Co., Inc., et al.*, No. 05-0172 (M.D. Fla. Apr. 28, 2005); *Oswald v. Merck & Co., Inc., et al.*, No. 04-6741 (N.D. Ill. Dec. 14, 2004); *Overall v. Merck & Co., Inc., et al.*, No. 05-0333 (W.D. Ky. Aug. 19, 2005); *Pace v. Merck & Co., Inc.,* 04-1356 (D. N.M. Jan. 10, 2005); *Pagan v. Merck & Co., Inc.*, No. 04-8959 (S.D. N.Y. Dec. 27, 2004); *Painton v. Merck & Co., Inc.*, No. 04-0686 (E.D. Tex. Nov. 22, 2004); *Parker v. Merck & Co., Inc., et al.*, No. 05-0212 (W.D. Ky. Jan. 17, 2006); *Persh v. Merck & Co., Inc., et al.*, No. 05-0961 (S.D. Cal. Jul. 11, 2005); *Pertl v. Merck & Co., Inc., et al.*, No. 05-1578 (E.D. Mo. Oct. 20, 2005); *Peter v. Merck & Co., Inc.*, No. 05-1089 (W.D. Tenn. Apr. 12, 2005); *Phillips v. Merck & Co., Inc., et al.*, No. 05-0200 (W.D. Ky. Dec. 28, 2005); *Pikul v. Merck & Co., Inc., et al.*, No. 03-3656 (S.D. Tex. Dec. 1, 2004); *Pinto v. Merck & Co., Inc., et al.*, No. 05-1671 (E.D. Mo. Nov. 21, 2005); *Price v. Merck & Co., Inc.*, No. 040866 (S.D. Miss. Nov. 16, 2004); *Price v. Merck & Co., Inc.*, No. 05-0306 (E.D. Mo. Mar. 16, 2005); *Purcell v. Merck & Co., Inc.*, No. 05-0443 (S.D. Cal. June 6, 2005); *Raices v. Merck & Co., Inc.*, No. 05-1150 (M.D. Fla. Dec. 9, 2005); *Ransom v. Merck & Co., Inc., et al.*, No. 05-1025 (M.D. Tenn. Feb. 2, 2006); *Regan v. Merck & Co., Inc., et al.*, No. 05-0336 (D. Nev. Oct. 28, 2005); *Register v. Merck & Co., Inc.*, No. 04-2259 (N.D. Tex. Nov. 23, 2004); *Reiser v. Merck & Co., Inc.*, No. 05-0156 (W.D. Ky. Jan. 17, 2006); *Richardson v. Merck & Co., Inc.*, No. 05-1193 (M.D. Fla. Jan. 25, 2006); *Rittenhouse v. Merck & Co., Inc., et al.*, No. 05-0731 (W.D. Ky. Jan. 17, 2006); *Roberson v. Merck & Co., Inc.*, No. 05-1036 (M.D. Fla. Oct. 24, 2005); *Ruzicka v. Merck & Co., Inc., et al.*, No. 05-1945 (E.D. Mo. Dec. 7, 2005); *Ryan v. Merck & Co., Inc., et al.*, No. 05-0671 (W.D. Ky. Jan. 17, 2006); *Salmieri v. Merck & Co., Inc., et al.*, No. 05-1744 (E.D. Mo. Oct. 26, 2005); *Sanders v. Merck & Co., Inc.*, No. 05-1908 (E.D. Mo. Nov. 22, 2005); *Schneider v. Merck & Co., Inc.*, No. 04-22632 (S.D. Fla. Nov. 19, 2004); *Schwent v. Merck & Co., Inc.*, No. 05-1745

(Nov. 21, 2005); *Scott v. Merck & Co., Inc.*, No. 05-962 (S.D. Cal. Jul. 11, 2005); *Sedtal v. Merck & Co., Inc.*, No. 05-444 (E.D. Tex. Jul. 11, 2005); *Serrano v. Merck & Co., Inc.*, No. 05-170 (M.D. Fla. Mar. 29, 2005); *Simmons v. Merck & Co., Inc.*, No. 05-1210 (W.D. Tenn. Aug. 16, 2005); *Snider v. Merck & Co., Inc.*, No. 05-1240 (W.D. Tenn. Sep. 12, 2005); *Squillace v. Merck & Co., Inc.*, No. 05-672 (E.D. Mo. May 13, 2005); *Stein v. Merck & Co., Inc.*, No. 05-944 (S.D. Cal. Jul. 11, 2005); *Stephens v. Merck & Co., Inc.*, No. 05-1758 (E.D. Mo. Oct. 25, 2005); *Stout v. Merck & Co., Inc.*, No. 05-5141 (W.D. Mo. Oct. 11, 2005); *Studard v. Merck & Co., Inc.*, No. 05-1184 (W.D. Tenn. Jul. 19, 2005); *Sumbera v. Merck & Co., Inc.*, No. 05-0026 (N.D. Tex. Feb. 17, 2005); *Sutton v. Merck & Co., Inc.*, No. 05-1462 (N.D. Ohio June 24, 2005); *Tharpe v. Merck & Co., Inc.*, No. 05-1067 (W.D. Tenn. Apr. 7, 2005); *Thomas v. Merck & Co., Inc.*, No. 05-87 (E.D. Mo. Feb. 9, 2005); *Thomason v. Merck & Co., Inc.*, No. 05-1269 (W.D. Tenn. Oct. 14, 2005); *Tourville v. Merck & Co., Inc.*, No. 05-1750 (E.D. Mo. Oct 25, 2005); *Vaughan v. Merck & Co., Inc.*, No. 05-1335 (W.D. Tenn. Nov. 9, 2005); *Vigil v. Merck & Co., Inc.*, No. 05-223 (M.D. Fla. Apr. 20, 2005); *Wagganer v. Merck & Co., Inc.*, No. 05-80405 (S.D. Fla. Jul. 25, 2005); *Wagner v. Merck & Co., Inc.*, No. 05-1590 (E.D. Mo. Oct. 21, 2005); *Wagner v. Merck & Co., Inc.*, No. 05-364 (S.D. Ill. June 21, 2005); *Walker v. Merck & Co., Inc.*, No. 05-360 (S.D. Ill. June 22, 2005); *Wallace v. Merck & Co., Inc.*, No. 05-1209 W.D. Tenn. Aug. 16, 2005); *Ward v. Merck & Co., Inc.*, No. 05-0031 (N.D. Tex. Feb. 17, 2005); *Warner v. Merck & Co., Inc.*, No. 05-1232 (W.D. Mo. Dec. 29, 2005); *Wells v. Merck & Co., Inc.*, No. 05-0177 (W.D. Ky. Dec. 29, 2005); *West v. Merck & Co., Inc.*, No. 05-1756 (E.D. Mo. Oct. 26, 2005); *West v. Merck & Co., Inc.*, No. 05-1166 (W.D. Tenn. July 7, 2005); *Wheatley v. Merck & Co., Inc., et al.*, No. 05-0748 (W.D. Okla. Jul. 29, 2005); *Wilbanks v. Merck & Co., Inc*, No. 05-1241 (W.D. Tenn. Sep. 13, 2005); *Wilkes v. Merck & Co., Inc.*, No. 05-1214 (N.D. Ala. June 30,

2005); *Williams v. Merck & Co., Inc*, 05-1662 (D. Md. Aug. 22, 2005); *Williams v. Merck & Co., Inc*, No. 05-943 (S.D. Cal. Jul. 11, 2005); *Wilson v. Merck & Co.,* Inc, No. 05-210 (W.D. Ky. Jan. 17, 2006); *Wiser v. Merck & Co., Inc*, No. 05-156 (E.D. Mo. Feb. 8, 2005); *Wolf v. Merck & Co., Inc*, No. 05-180, W.D. Ky. Dec. 28, 2005); *Woods v. Merck & Co., Inc*, No. 05-0425 (S.D. Ala. Aug. 17, 2005); *Woods v. Merck & Co*., Inc, No. 05-1333 (W.D. Tenn. Nov. 25, 2005); *Woods v. Merck & Co., Inc.,* No. 05-425 (S.D. Ala. Aug. 17, 2005); *Wright v. Merck & Co., Inc.*, No. 05-1160 (W.D. Tenn. June 21, 2005); *Wright v. Merck & Co., Inc.,* No. 04-3037 (D. Ariz. Jan. 28, 2005); *Yanca v. Pfizer*, No. 05-2038 (E.D. Mo. Nov. 22, 2005); *Younge v. Merck & Co., Inc., et al.*, No. 03-0125 (S.D. Al. Dec. 23, 2004).