**EXHIBIT E:**

MDL-1657 presently includes more than **150 cases** where motions to remand were made concerning the issue of fraudulent joinder of sales representatives:

*Albaugh v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6216, D.N.M. No. 05-0641); *Aldridge, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6346, E.D. Mo. No. 05-0847); *Allen, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1039, E.D. Mo. No. 05-0134); *Allgood, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2966, W.D. Tenn. No. 05-2294); *Alvarez v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1258, M.D. Fla. No. 05-0171); *Anderson, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2572, E.D. Mo. No. 05-0089); *Anderson, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1045, E.D. Mo. No. 05-0143); *Andrews, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2569, E.D. Mo. No. 05-0086); *Arnold, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6251, W.D. Tenn. No. 05-1314); *Bailey, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1034, E.D. Mo. No. 05-0109); *Bailey, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3414, E.D. Mo. No. 05-0836); *Baker, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6351, D. Nev. No. 05-0625); *Baldwin v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5322, M.D. Ala. No. 05-0849); *Benson, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5307, E.D. Mo. No. 05-0668); *Bess, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5301, E.D. Mo. No. 05-0568); *Bills v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3630, W.D. Tenn. No. 05-1146); *Black, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3802, E.D. Mo. No. 05-0297); *Bodimer, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1040, E.D. Mo. No. 05-0135); *Bohlke, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5313, E.D. Mo. No. 05-0837); *Braun, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3851, E.D. Mo. No. 05-0298); *Britton, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2577, E.D. Mo. No. 05-0096); *Broadhurst, et al. v. Merck & Co., Inc., et al.*

(E.D. La. No. 05-1047, E.D. Mo. No. 05-0145); *Butler v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5410, W.D. Tenn. No. 05-1243); *Carlson, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6350, D. Nev. No. 05-0599); *Carvajal, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1263, M.D. Fla. No. 05-0276); *Casimere, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1044, E.D. Mo. No. 05-0142); *Cavins, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3816, E.D. Mo. No. 05-0441); *Cerutti, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-0097); *Childers, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1260, M.D. Fla. No. 05-0222); *Cook v. Merck & Co., Inc., et al.* (E.D. La. No. 05-0431, N.D. Ala. No. 02-2710); *Crouter, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1046, E.D. Mo. No. 05-0144); *Dale, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2567, E.D. Mo. No. 05-0084); *Danziger, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-4601, M.D. Fla. No. 05-0686); *Davis v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2965, W.D. Tenn. No. 05-1121); *Dawson v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3631, W.D. Tenn. No. 05-1154); *Dochsteiner, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2930, E.D. Mo. No. 05-0670); *Douglas, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5308, E.D. Mo. No. 05-0669); *Dulle, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1037, E.D. Mo. No. 05-0132); *Ellison v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2964, W.D. Tenn. No. 05-1120); *Fife, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6348, E.D. Mo. No. 05-0880); *Flippin, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1797, W.D. Tenn. No. 05-1068); *Floyd, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6593, W.D. Tenn. No. 05-1332); *Foster, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1043, E.D. Mo. No. 05-0141); *Foster, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3900, W.D. Tenn. No. 05-1159); *Fowler-Browning, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6340, M.D. Fla. No. 05-0586); *Frame, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3815, E.D. Mo. No. 05-0440); *Franks, et al. v. Merck & Co.,*

*Inc., et al.* (E.D. La. No. 05-3632, W.D. Tenn. No. 05-1155); *Gaffney v. Merck & Co., Inc., et al.* (E.D. La. No. 05-4723, W.D. Tenn. No. 05-1183); *Gilbreath v. Merck & Co., Inc., et al.* (E.D. La. No. 05-0960, M.D. Ala. No. 05-0103); *Gilmore v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5351, E.D. Mo. No. 05-1482); *Gouge v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5589, N.D. Fla. No. 05-0345); *Guido, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1546, E.D. Mo. No. 05-0197); *Gulledge, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1036, E.D. Mo. No. 05-0111); *Hagerman, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1042, E.D. Mo. No. 05-0139); *Hagler, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3415, E.D. Mo. No. 05-0838); *Hale, et al. v. Merck & Co, Inc., et al.* (E.D. La. No. 05-2579, E.D. Mo. No. 05-0300); *Hardy v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1033, E.D. Mo. No. 05-0108); *Harrington v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2967, W.D. Tenn. No. 05-2354); *Harris, et al. v. Merck & Co., Inc. et al.* (E.D. La. No. 05-2580, E.D. Mo. No. 05-0301); *Hatch, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5412, W.D. Tenn. No. 05-1252); *Heller, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1041, E.D. Mo. No. 05-0137); *Hicks, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1048, E.D. Mo. No. 05-0148); *Hodges, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3803, E.D. Mo. No. 05-0302); *Holmes, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3814, E.D. Mo. No. 05-0439); *Hubbard, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3813, E.D. Mo. No. 05-0438); *James, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1038, E.D. Mo. No. 05-0133); *Jester, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6596, W.D. Tenn. No. 05-2804); *Johnson v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2358, W.D. Tenn. No. 05-1096); *Johnson, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3826, E.D. Ark. No. 05-0135); *Jones v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1812, N.D. Ala. No. 05-0427); *Jones v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5409, W.D. Tenn. No. 05-1242); *Jones, et al. v.*

*Merck & Co., Inc., et al.* (E.D. La. No. 05-2581, E.D. Mo. No. 05-0303); *Jurado v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1262, M.D. Fla. No. 05-0224); *Kassing, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5303, E.D. Mo. No. 05-0631); *Kell, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5306, E.D. Mo. No. 05-0666); *Kidd v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3903, E.D. Tex. No. 05-0408); *King v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2559, M.D. Ala. No. 05-0165); *Kisty, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5305, E.D. Mo. No. 05-0665); *Kreider v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2963, W.D. Tenn. No. 05-1119); *Lara, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5309, E.D. Mo. No. 05-0671); *Lindsay, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1049, E.D. Mo. No. 05-0149); *Lockett, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3804, E.D. Mo. No. 05-0304); *Long, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1050, E.D. Mo. No. 05-0150); *Love, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1056, E.D. Mo. No. 05-0157); *Lovekamp v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1057, E.D. Mo. No. 05-0158); *Macklin v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1581, W.D. Tenn. No. 05-1054); *Maddox v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5316, E.D. Tex. No. 05-0338); *Matthews v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1547, N.D. Miss. No. 05-0035); *McBride, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3420, E.D. Mo. No. 05-0878); *McCarter, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3812, E.D. Mo. No. 05-0437); *McClelland v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5579, E.D. Tex. No. 05-0371); *McDaniel, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3811, E.D. Mo. No. 05-0436); *McGhee, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2573, E.D. Mo. No. 05-0090); *Means, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1059, E.D. Mo. No. 05-0160); *Menderski, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2574, E.D. Mo. No. 05-0092); *Meng, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3800, E.D. Mo. No. 05-0194);

*Michaels, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6829, W.D. Tenn. No. 05-1328); *Middleton, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3416, E.D. Mo. No. 05-0848); *Miles, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3810, E.D. Mo. No. 05-0435); *Millis, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1058, E.D. Mo. No. 05-0159); *Molder, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2929, E.D. Mo. No. 05-0667); *Mullins, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5302, E.D. Mo. No. 05-0569); *Neal, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2928, E.D. Mo. No. 05-0630); *Noble, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1060, E.D. Mo. No. 05-0161); *O'Bannon, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3809, E.D. Mo. No. 05-0434); *O'Gorman, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1053, E.D. Mo. No. 05-0153); *Oliver, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-4642, W.D. Tenn. No. 05-1211); *Oquendo, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2561, M.D. Fla. No. 05-0172); *Peter, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2056, W.D. Tenn. No. 05-1089); *Piechoinski, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3807, E.D. Mo. No. 05-0431); *Price, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3852, E.D. Mo. No. 05-0306); *Pueser, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3806, E.D. Mo. No. 05-0430); *Raines v. Merck & Co., Inc., et al.* (E.D. La. No. 05-4643, W.D. Tenn. No. 05-2534); *Raymo, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2568, E.D. Mo. No. 05-0085); *Reeves, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1052, E.D. Mo. No. 05-0152); *Register, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-0540, N.D. Tex. No. 05-2259); *Riley, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2055, W.D. Tenn. No. 05-1084); *Robbins v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1582, W.D. Tenn. No. 05-1064); *Rogers, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5312, E.D. Mo. No. 05-0675); *Rutherford, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1798, W.D. Tenn. No. 05-1078); *Sanchez v. Merck*

*& Co., Inc., et al.* (E.D. La. No. 05-0559, S.D. Tex. No. 04-0352); *Sanders v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2057, W.D. Tenn. No. 05-1095); *Schraeder, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1051, E.D. Mo. No. 05-0151); *Serrano, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3795, M.D. Fla. No. 05-0170); *Shedd, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3361, M.D. Fla. No. 05-0276); *Silva v. Merck & Co., Inc., et al.* (E.D. La. No. 05-4600, M.D. Fla. No. 05-0685); *Simmons v. Merck & Co., Inc., et al.* (E.D. La. No. 05-4641, W.D. Tenn. No. 05-1210); *Singleton, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2576, E.D. Mo. No. 05-0094); *Sistrunk v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1724, M.D. Ala. No. 05-0255); *Smith, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1035, E.D. Mo. No. 05-0110); *Spalding, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1061, E.D. Mo. No. 05-0162); *Squillace, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2931, E.D. Mo. No. 05-0672); *Stallworth v. Merck & Co., Inc., et al.* (E.D. La. No. 05-0860); *Stewart, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2575, E.D. Mo. No. 05-0093); *Studard, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-4724, W.D. Tenn. No. 05-1184); *Sutherland v. Merck & Co., Inc., et al.* (E.D. La. No. 05-4594, N.D. Ala. No. 05-1512); *Tharpe v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1796, W.D. Tenn. No. 05-1067); *Thomas, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2570, E.D. Mo. No. 05-0087); *Thomason v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5680, W.D. Tenn. No. 05-1269); *Townsel, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6595, W.D. Tenn. No. 05-2795); *Trinidad, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5310, E.D. Mo. No. 05-0673); *Tuma, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2566, E.D. Mo. No. 05-0083); *Underwood, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2571, E.D. Mo. No. 05-0088); *Vaughan, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6831, W.D. Tenn. No. 05-1335); *Vick, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1054, E.D. Mo. No.

05-0154); *Vigil, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3798, M.D. Fla. No. 05-0223); *Wallace, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-4640, W.D. Tenn. No. 05-1209); *West v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3902, W.D. Tenn. No. 05-1166); *White v. Merck & Co, Inc., et al.* (E.D. La. No. 05-2897, M.D. Fla. No. 05-0773); *Wilbanks, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5408, W.D. Tenn. No. 05-1241); *Williamson, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5908, W.D. Tenn. No. 05-2702); *Wilshusen, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1055, E.D. Mo. No. 05-0155); *Wiser, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-1545, E.D. Mo. No. 05-0156); *Wolz, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-2582, E.D. Mo. No. 05-0307); *Woods v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6339, S.D. Ala. No. 5-0425); *Wright, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3901, W.D. Tenn. No. 05-1160); *Young v. Merck & Co., Inc., et al.* (E.D. La. No. 05-6252, W.D. Tenn. No. 05-1315); *Young, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-3805, E.D. Mo. No. 05-0309); *Zook, et al. v. Merck & Co., Inc., et al.* (E.D. La. No. 05-5304, E.D. Mo. No. 05-0632).

\17467\25\581081.1