FILED

MAR 16 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Frank Detorie, M.D. and
Margaret Detorie
Plaintiff(s)

v.
Merck & Co., Inc. and
Carol DeBiasio
Defendant(s)

Dkt. No. 06-65T

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant Merck & Co., Inc. and Carol DeBiasio hereby moves that Aaron S. Bayer be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Merck & Co., Inc. and
Carol DeBiasio
(Plaintiff/Defendant)

By: Christine K. Bush
Bar ID No.: 5587
Address: Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

DATED:

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and of the following Federal District Court and/or Court of Appeals Bar(s) Federal District Court,* and my eligibility to practice before those courts has not been restricted in any way. *District of Connecticut; Second Circuit; D.C. Circuit.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant
Aaron S. Bayer 404325
Print Name State Bar ID #
Wiggin and Dana LLP
Firm Name
CityPlace One, 185 Asylum Street
Business Address
Hartford, CT 06103
860.297.3759 860.525.9380
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Christine K. Bush 5587
Print Name R.I. Bar ID #

Duffy, Sweeney & Scott, Ltd.
Firm and Business Address
One Turks Head Place, Suite 1200
Providence, RI 02903

Tel. # 401.455.0700 Fax # 401.455.0701

**ORDER**

This motion is hereby Granted

Ernest C Torres / D
District Judge

Date: 3/28/06

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing *Motion for Admission Pro Hac Vice* was sent by first class mail, postage prepaid, on this 16 day of March, 2006 to:

John Quattrocchi, III, Esq.
Twin Rivers Building
2 Douglas Pike
Smithfield, RI 02917

Joseph L. Doherty, Jr., Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110

Theresa Benson

**ORAL ARGUMENT NOT REQUESTED**