UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **FRANK DETORIE, M.D. AND MARGARET DETORIE** Plaintiff, | ) | |
| v. | ) | CASE NO.06-65T |
| **MERCK & CO., INC.** and **CAROL DEBIASIO** Defendants. | ) | |

**AFFIDAVIT OF FRANK DETORIE, M.D., IN SUPPORT OF THE PLAINTIFFS' MOTION TO REMAND THIS ACTION TO THE PROVIDENCE COUNTY SUPERIOR COURT OF RHODE ISLAND**

I, Frank Detorie, do on oath state the following facts are true, based upon my personal knowledge:

1. I am a physician practicing general and gynecologic surgery in Cumberland, Rhode Island.
2. From approximately 1999 until after April of 2003, I took the drug Vioxx on a regular/daily basis. I received the Vioxx from Merck, as promotional samples, from Carol DeBiasio, who came to my office regular as a sales representative for Merck.
3. Ms. DeBiasio provided me with huge amounts of Vioxx on a regular basis, which she personally brought to my office in large containers with smaller boxes inside containing individual samples of Vioxx.
4. I am certain that Ms. DeBiasio knew that I was using the Vioxx samples myself because we had specific discussions on many occasions concerning the

fact that I was using those samples and concerning the fact that I personally found Vioxx to work well as a pain reliever. Moreover, the reason that Ms. DeBiasio regularly provided such large amounts of Vioxx samples to my office was because of the fact that I told her that I was taking the Vioxx samples myself and that I was also regularly providing samples to many of my patients.

5. Due to the fact that Vioxx was a new drug, the fact that I was regularly giving samples to my patients and the fact that I was taking it myself, I had several conversations with Ms. DeBiasio in which I asked her specifically whether there were any risks, problems or side-effects of the drug. Not only did Ms. DeBiasio fail to inform me of any cardiovascular or other significant risks associated with Vioxx, she affirmatively assured me that there were essentially no problems whatsoever associated with it and suggested that it was essentially a "wonder-drug".

6. I relied upon Ms. DeBiasio's assurances that Vioxx was safe and I never knew or suspected that there were any cardio-vascular risks associated with the drug until well after I stopped taking it, after April, 2003. If I had been aware of the risks, I would not have taken Vioxx myself and I never would have been giving any samples to my patients.

Signed under the penalties of perjury this 29th day of March, 2006.

Frank M Detorie MD

Frank Detorie, M.D.