# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 2, 2006

Honorable Eldon E. Fallon
U.S. District Judge
500 Poydras Street
C-456 Hale Boggs Federal Building
& U.S. Courthouse
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-43)

Dear Judge Fallon:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
       Deputy Clerk

cc:   (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-43)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,259 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

SCHEDULE CTO-43 - TAG-ALONG ACTIONS
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2  06-127 | James O. Struthers, etc. v. Merck & Co., Inc., et al. |
| ALM  3  06-128 | Rosemary Leverett, etc. v. Merck & Co., Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN  2  06-184 | Martha Faircloth, etc.v. Merck & Co., Inc. |
| ALN  2  06-226 | Louise Partin v. Merck & Co., Inc., et al. |
| ALN  2  06-269 | Freddie Walker Arnold, et al. v. Merck & Co., Inc. |
| ALN  2  06-315 | Robert Glenn v. Merck & Co., Inc. |
| ALN  6  06-143 | ReDonna Earle Wakefield Miller, etc. v. Merck & Co., Inc., et al. |
| ALN  7  06-281 | Virginia A. Rogers v. Merck & Co., Inc. |
| **ALABAMA SOUTHERN** | |
| ALS  1  06-44 | Robert Shawn Roach, et al. v. Merck & Co., et al. |
| **ARKANSAS WESTERN** | |
| ARW  4  06-4011 | Dale A. Rogers v. Merck & Co., Inc. |
| **ARIZONA** | |
| AZ  4  06-42 | Gerald Tuggle, et al. v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE  2  06-241 | Carol Lewis v. Merck & Co., Inc., et al. |
| CAE  2  06-281 | Andrew Garrick, et al. v. Merck & Co., Inc., et al. |
| CAE  2  06-324 | Manuel Chavez, et al. v. Merck & Co., Inc., et al. |
| CAE  2  06-330 | William Morning, etc. v. Merck & Co., Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  05-4949 | Mary Zumut v. Merck & Co., Inc. |
| CAN  3  06-424 | Marvin Knox v. Merck & Co., Inc. |
| CAN  3  06-716 | Marilyn Artieres, etc. v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM  2  06-61 | Natalie Jane Stewart v. Merck & Co., Inc., et al. |
| FLM  2  06-62 | Susan Wright, etc. v. Merck & Co., Inc., et al. |
| FLM  3  06-104 | Ruby A. Barbaree v. Merck & Co., Inc. |
| FLM  3  06-105 | Laura D. Page, et al. v Merck & Co., Inc. |
| **FLORIDA SOUTHERN** | |
| FLS  1  06-20227 | Gloria Jean Thomas v. Merck & Co., Inc. |
| FLS  9  06-80117 | Edward Hettiger, etc. v. Merck & Co., Inc., et al. |
| **IOWA NORTHERN** | |
| IAN  1  05-174 | Paul Nadermann, et al. v. Merck & Co., Inc. |
| **IOWA SOUTHERN** | |
| IAS  4  06-35 | Christopher Wright, et al. v. Merck & Co., Inc. |

Case 1:06-cv-00065-ML-LDA   Document 16   Filed 03/02/06   Page 4 of 6 PageID #: 192
SCHEDULE CTO-43 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 3 of 4

DIST. DIV. C.A. #              CASE CAPTION

NEW YORK EASTERN
  NYE  1  06-406              Basil Ebong, et al. v. Merck & Co., Inc.
  NYE  1  06-490              Karen Padova v. Merck & Co., Inc.
  NYE  1  06-629              Joan Reinhardt v. Merck & Co., Inc.

NEW YORK NORTHERN
  NYN  3  06-114              Ralph Pratt, et al. v. Merck & Co., Inc.

NEW YORK SOUTHERN
  NYS  1  06-545              Camille Gomez, et al. v. Merck & Co., Inc.
  NYS  1  06-792              Thomas Jackson v. Merck & Co., Inc.

NEW YORK WESTERN
  NYW  6  06-6065             Gergory Paterniti v. Merck & Co., Inc., et al.
  NYW  6  06-6066             George Adams v. Merck & Co., Inc., et al.
  NYW  6  06-6067             David Grace v. Merck & Co., Inc., et al.
  NYW  6  06-6068             Deborah Stroka v. Merck & Co., Inc., et al.
  NYW  6  06-6069             Bruce Stenzel v. Merck & Co., Inc., et al.
  NYW  6  06-6070             Beverley Porter v. Merck & Co., Inc., et al.
  NYW  6  06-6074             Ronald Ciura, etc. v. Merck & Co., Inc., et al.
  NYW  6  06-6075             Eugenia B. Lukasik, etc. v. Merck & Co., Inc., et al.
  NYW  6  06-6090             Michael Farciglia, et al. v. Merck & Co., Inc., et al.
  NYW  6  06-6091             Kristie L. Maracle, etc. v. Merck & Co., Inc., et al.
  NYW  6  06-6097             Pauline Dempsey v. Merck & Co., Inc., et al.

OHIO NORTHERN
  OHN  1  06-274              Emily Joseph-Klein, etc. v. Merck & Co., Inc.

OKLAHOMA EASTERN
  OKE  6  06-63               Darla Harris, etc. v. Merck & Co., Inc.

OKLAHOMA NORTHERN
  OKN  4  06-49               Linda Rountree, et al. v. Merck & Co., Inc., et al.
  OKN  4  06-64               Jimmie Neal Pope, et al. v. Merck & Co., Inc.

OKLAHOMA WESTERN
  OKW  5  06-157              William Pickle, Sr. v. Merck & Co., Inc.

PENNSYLVANIA EASTERN
  PAE  2  06-263              Alphonso Maxwell, Jr. v. Merck & Co., Inc.
  PAE  2  06-272              Michael Getz, et al. v. Merck & Co., Inc.
  PAE  2  06-388              Robbie Tallas, et al. v. Merck & Co., Inc., et al.
  PAE  2  06-389              Robbie Tallas, et al. v. Merck & Co., Inc., et al.
  PAE  2  06-507              Deborah Veysey, et al. v. Merck & Co., Inc., et al.
  PAE  2  06-575              George V. Edwards, et al. v. Merck & Co., Inc., et al.
  PAE  2  06-639              Carol Jones, etc. v. Merck & Co., Inc., et al.

PENNSYLVANIA WESTERN
  PAW  2  06-144              Drew Schuckman v. Merck & Co., Inc.
  PAW  2  06-145              Theodore Graban, Jr., et al. v. Merck & Co., Inc.

RHODE ISLAND
  RI   1  06-65               Frank Detorie, et al. v. Merck & Co., Inc., et al.

# INVOLVED JUDGES LIST (CTO-43)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Micaela Alvarez
U.S. District Judge
U.S. District Court
3245 U.S. Courthouse
1300 Victoria Street
Laredo, TX 7804

Hon. Carol Bagley Amon
U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Hon Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
P.O. Box 447
Columbia, SC 29202-0447

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Catherine C. Blake
U.S. District Judge
7310 Edward A. Garmatz Federal Bldg
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Alan N. Bloch
Senior U.S. District Judge
8370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. Robin J. Cauthron
Chief Judge, U.S. District Court
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Joy Flowers Conti
U.S. District Judge
5250 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. Virginia Maria Hernandez
Covington
U.S. District Judge
3-160 U.S. Courthouse & Federal
Building
2110 First Street
Fort Myers, FL 33901

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S.
Courthouse
40 Centre Street
New York, NY 10007

Hon. Harwell G. Davis, III
U.S. Magistrate Judge
103 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
3D Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Ronald E. Longstaff
Chief Judge, U.S. District Court
115 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. Edmund V. Ludwig
Senior U.S. District Judge
12614 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1775

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Thomas J. McAvoy
Senior U.S. District Judge
225 Federal Building
15 Henry Street
Binghamton, NY 13901

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
255 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

Hon. Loretta A. Preska
U.S. District Judge
1320 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. John D. Rainey
U.S. District Judge
406 Martin Luther King U.S. Post
Office & Courthouse
312 Main Street
Victoria, TX 77901

Hon. Linda R. Reade
U.S. District Judge
304 Fed. Bldg. & U.S. Courthouse
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Michael H. Schneider
U.S. District Judge
U.S. District Court
100 Federal Building
211 West Ferguson Street
Tyler, TX 75701

Hon. Steven P. Shreder
U.S Magistrate Judge
U.S. District Court
P.O. Box 7002
Muskogee, OK 74402

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Theresa L. Springmann
U.S. District Judge
2113 E. Ross Adair Federal Building
& U.S. Courthouse
1300 S. Harrison Street
Ft. Wayne, IN 46802

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796