# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

April 5, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

*Manuel Chavez, et al. v. Merck & Co., Inc., et al.*, E.D. California, C.A. No. 2:06-324
*Frank Detorie, et al. v. Merck & Co., Inc., et al.*, D. Rhode Island, C.A. No. 1:06-65

Dear Ms. Whyte:

A conditional transfer order was filed in the above matter on March 2, 2006. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Enclosures

cc: Transferee Judge: Judge Eldon E. Fallon
Transferor Judges: Judge David F. Levi, Ernest C. Torres
Transferor Clerks: David A. DiMarzio, Jack L. Wagner

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2006

FILED
CLERK'S OFFICE

## *DOCKET NO. 1657*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Manuel Chavez, et al. v. Merck & Co., Inc., et al.*, E.D. California, C.A. No. 2:06-324
*Frank Detorie, et al. v. Merck & Co., Inc., et al.*, D. Rhode Island, C.A. No. 1:06-65

## *ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in these two actions (*Chavez* and *Detorie*) on March 2, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Chavez* and *Detorie* filed notices of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motions and briefs to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-43" filed on March 2, 2006, is LIFTED insofar as it relates to these two actions, and thus the actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

# INVOLVED COUNSEL LIST
# DOCKET NO.1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Christine K. Bush
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903

Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr. & Associates
225 Franklin Street
26th Floor
Boston, MA 02110

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

John Quattrocchi, III
Twin Rivers Bldg.
2 Douglas Pike
Smithfield, RI 02917

Christopher A. Viadro
Veen Firm, P.C.
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588